IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SIENEMAH T. GAYE,** | : | |
| Petitioner | : | No. 1:23-cv-01987 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **WARDEN WASHINGTON,** | : | |
| Respondent | : | |

## ORDER

**AND NOW**, on this 25th day of February 2025, upon consideration of pro se Petitioner Sienemah T. Gaye's petition for a writ of habeas corpus under 28 U.S.C. § 2241 (Doc. No. 1) and the parties' submissions relating to the petition (Doc. Nos. 2, 7, 11–16), and in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. The petition for a writ of habeas corpus under 28 U.S.C. § 2241 (Doc. No. 1) is **DISMISSED AS MOOT**; and

2. The Clerk of Court is directed to **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania